UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EON CORP. IP HOLDINGS, LLC,<br><br>Plaintiff,<br>v.<br><br>SKYTEL CORPORATION, SMARTSYNCH, INC., USA MOBILITY, INC., AMERICAN MESSAGING SERVICES, LLC, ALL PAGE OF HOUSTON, INC., INILEX, INC., ALARM.COM INCORPORATED, FOOD AUTOMATION SYSTEMS TECHNOLOGIES, INC., VILLAGE SOFTWARE, INC., SKYGUARD, LLC, VEHICLE MANUFACTURERS, INC., HONEYWELL HOMMED, LLC, NIGHTHAWK SYSTEMS, INC., BRINK'S HOME SECURITY, INC., CARRIER CORPORATION, BECKWITH ELECTRIC CO., INC., DATAONLINE, LLC, MWA INTELLIGENCE, INC. and COMSOFT CORPORATION,<br><br>Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§ | Civil Action No. 6:08cv385<br><br>JURY TRIAL REQUESTED |

**<u>CORPORATE DISCLOSURE STATEMENT OF EON CORP. IP HOLDINGS, LLC</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Eon Corp. IP Holdings, LLC hereby advises that its parent corporation is Eon Corporation. No publicly held corporation owns 10% or more of the stock of Eon Corp. IP Holdings, LLC.

Respectfully submitted,

JACKSON WALKER LLP


 */s/ Douglas R. McSwane, Jr.*
A.M. (Russ) Meyer, Jr. – Lead Counsel
Texas State Bar No. 13998700
John M. Jackson
Texas State Bar No. 24002340
JACKSON WALKER, LLP
901 Main Street, Suite 6000
Dallas, TX 75202
[Tel.] (214) 953-6134
[Fax]: (214) 953-6613
email: rmeyer@jw.com

Daniel Scardino
Texas State Bar No. 24033165
Chris Johns
Texas State Bar No. 24044849
JACKSON WALKER, LLP
100 Congress Avenue, Suite 1100
Austin, Texas 78701
[Tel.] (512) 236-2000
[Fax] (512) 236-2002
email: dscardino@jw.com

Douglas R. McSwane, Jr.
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas  75710
(903) 597 8311
(903) 593 0846 (Facsimile)
dougmcswane@potterminton.com

**ATTORNEYS FOR PLAINTIFF**
**EON CORP. IP HOLDINGS, LLC**