**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC, <br><br>  Plaintiff, <br><br>  v. <br><br> SKYTEL CORPORATION, SMARTSYNCH, INC., USA MOBILITY, INC., AMERICAN MESSAGING SERVICES, LLC, ALL PAGE OF HOUSTON, INC., INILEX, INC., ALARM.COM INCORPORATED, FOOD AUTOMATION – SERVICE TECHNIQUES, INC., VILLAGE SOFTWARE, INC., SKYGUARD, LLC, VEHICLE MANUFACTURERS, INC., HONEYWELL HOMMED, LLC, NIGHTHAWK SYSTEMS, INC., BRINK'S HOME SECURITY, INC., CARRIER CORPORATION, BECKWITH ELECTRIC CO., INC., DATAONLINE, LLC, MWA INTELLIGENCE, INC. and COMSOFT CORPORATION, <br><br>  Defendants. | Civil Action No. 6:08-cv-385-LED <br><br> JURY TRIAL DEMANDED |

**SUPPLEMENT TO USA MOBILITY, INC.'S MOTION TO STAY PROCEEDINGS
PENDING REEXAMINATION OF THE PATENTS-IN-SUIT**

NOW COMES, Defendant USA Mobility, Inc. ("USA Mobility") to supplement its Motion to Stay Proceedings Pending Reexamination of the Patents-In-Suit due to recent actions in the United States Patent and Trademark Office ("PTO").

USA Mobility filed its Motion to Stay Proceedings Pending Reexamination of U.S. Patent Nos. 5,388,101 and 5,481,546 ("the patents-in-suit") on February 20, 2009. As stated therein, the petitions for reexamination of the patents-in-suit were submitted on January 9, 2009. At the time of the filing of the Motion to Stay Proceedings Pending Reexamination, the petitions

2

for reexamination remained pending.  On February 25, 2009, however, the PTO granted reexamination of *all claims* of the two patents-in-suit.  The order granting reexamination for U.S. Patent No. 5,388,101 is attached as Exhibit 1; the order granting reexamination for U.S. Patent No. 5,481, 546 is attached as Exhibit 2.

Dated: March 2, 2009                                              Respectfully submitted,

                                                                  /s/ Eric H. Findlay
                                                                  Eric H. Findlay
                                                                  State Bar No. 00789886
                                                                  Findlay Craft, LLP
                                                                  6760 Old Jacksonville Highway
*Of Counsel:*                                                     Suite 101
                                                                  Tyler Texas  75703
Maximilian A. Grant                                               Tel: (903) 534-1100
Latham & Watkins LLP                                              Fax: (903) 534-1137
555 Eleventh Street, NW                                           efindlay@findlaycraft.com
Suite 1000
Washington DC 20004-1304
Tel: (202) 637-2200
Fax: (202) 637-2201
max.grant@lw.com

Peter P. Chen *(pro hac vice to be filed)*
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA. 94025
Tel: (650) 463-2690
Fax: (650) 463-2600
peter.chen@lw.com

                                                                  **ATTORNEYS FOR**
                                                                  **USA MOBILITY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who has consented to electronic service was served with a copy of this document by email on March 2, 2009.

                                              /s/ Eric H. Findlay
                                              Eric H. Findlay