UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC, <br><br> Plaintiff, <br> v. <br><br> VERIZON CENTER CLINTON DRIVE CORP. <br><br> Defendant. | CIVIL ACTION NO. 6:08-CV-385-LED <br><br> **JURY TRIAL REQUESTED** |

## DEFENDANT'S UNOPPOSED MOTION TO AMEND CERTAIN DEADLINES IN THE AMENDED DOCKET CONTROL ORDER

Defendant Verizon Clinton Center Drive Corp. ("VCCDC") files this Unopposed Motion to Amend Certain Deadlines in the Amended Docket Control Order and respectfully shows as follows:

Good cause exists to move certain deadlines in order to accommodate the deposition schedule of certain witnesses, including the deposition of the named inventor of the Patents-in-Suit. VCCDC has conferred with Plaintiff's counsel, and Plaintiff is unopposed to the extension of certain deadlines as proposed in the chart below.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Parties with burden of proof designate expert witnesses (non-construction issues). Expert witness reports due. Refer to Local Rules for required information. | June 8, 2010 | June 22, 2010 |
| **Fact Discovery Deadline** | June 25, 2010 | June 25, 2010 |
| Parties designate rebuttal expert witnesses (non-construction issues). Rebuttal expert witness reports due. Refer to Local Rules for required information. | June 28, 2010 | July 6, 2010 |
| **Dispositive Motions due from all parties and any other motions that may require a hearing (including** | July 7, 2010 | July 14, 2010 |

| | | |
|---|---|---|
| ***Daubert* motions).** Motions shall comply with Local Rule CV-56 and Local Rule CV-7.  <u>Motions to exceed page limits will only be granted in exceptional circumstances</u> | | |
| **Expert Discovery Deadline** | July 13, 2010 | July 20, 2010 |

WHEREFORE, PREMISES CONSIDERED, VCCDC respectfully requests that this Court enter an Order amending the deadlines as provided above.

DATED:  June 2, 2010                                       Respectfully submitted:


*/s/ Jennifer H. Doan*
Jennifer H. Doan
Texas Bar No. 08809050
J. Scott Andrews
Texas Bar No. 24064823
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Tel:  (903) 255-1000
Fax: (903) 255-0800
jdoan@haltomdoan.com
sandrews@haltomdoan.com

Henry B. Gutman (admitted *pro hac*)
Victor Cole (Texas PRID No. 3354198)
T. Alexander Key (admitted pro hac)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel:  (212) 455-2000
Fax: (212) 455-2502
hgutman@stblaw.com
vcole@stblaw.com
akey@stblaw.com

Jeffrey E. Ostrow (admitted *pro hac*)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
Tel:  (650) 251-5000
Fax: (650) 251-5002
jostrow@stblaw.com

> Leonard Charles Suchyta (admitted *pro hac*)
> John Frantz (admitted *pro hac*)
> VCCDC Corporate Resources Group LLC
> One VCCDC Way
> Basking Ridge, NJ 07920
> Tel:  (908) 559-5623
> Fax:  (908) 766-6974
> leonard.suchyta@VCCDC.com
> john.frantz@VCCDC.com
>
> **COUNSEL FOR VERIZON CLINTON CENTER DRIVE CORP.**

## CERTIFICATE OF SERVICE

      This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 2nd day of June, 2010.  Any other counsel of record will be served via first class U.S. mail.

> /s/ *Jennifer H. Doan*
>  Jennifer H. Doan