IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EON CORP. IP HOLDINGS, LLC | § | |
| | § | |
| v. | § | CASE NO. 6:08cv385 |
| | § | |
| VERIZON CLINTON CENTER | § | |
| ET AL. | § | |

## ORDER

The Court has received a bill representing services rendered and expenses incurred through May 31, 2010 by technical advisor, Gale Peterson, San Antonio, Texas. Upon review, the Court finds the total amount charged, $3,997.70, to be appropriate and ORDERS Plaintiff to pay one half, $1,998.85, and Defendants, to pay one half, $1,998.85.

Payment should be made by June 30, 2010 to Gale Peterson, 112 E. Pecan Street, Suite 1800, San Antonio, Texas 78205 and reference Invoice No. 342335.

**So ORDERED and SIGNED this 15th day of June, 2010.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE