UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EON CORP. IP HOLDINGS, LLC,<br><br>　　　　　　Plaintiff,<br>v.<br><br>VERIZON CLINTON CENTER DRIVE CORP., SMARTSYNCH, INC., USA MOBILITY, INC., AMERICAN MESSAGING SERVICES, LLC, ALL PAGE OF HOUSTON, INC., INILEX, INC., ALARM.COM INCORPORATED, FOOD AUTOMATION – SERVICE TECHNIQUES, INC., VILLAGE SOFTWARE, INC., SKYGUARD, LLC, VEHICLE MANUFACTURERS, INC., HONEYWELL HOMMED, LLC, NIGHTHAWK SYSTEMS, INC., BRINK'S HOME SECURITY, INC., CARRIER CORPORATION, BECKWITH ELECTRIC CO., INC., DATAONLINE, LLC, MWA INTELLIGENCE, INC., and COMSOFT CORPORATION,<br>　　　　　　Defendants. | § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 6:08-cv-00385-LED<br><br>JURY TRIAL REQUESTED |
| EON CORP. IP HOLDINGS, LLC,<br><br>　　　　　　Plaintiff,<br>v.<br><br>SENSUS USA, INC., et al.,<br><br>　　　　　　Defendants. | § § § § § § § § § § | Civil Action No. 6:09-cv-116-LED-JDL<br><br>JURY TRIAL REQUESTED |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED**
**MOTION FOR EXTENSION OF TIME**

　　CAME ON THIS DAY for consideration of Plaintiff EON Corp. IP Holdings, LLC's ("EON") Unopposed Motion for Extension of Time to File a Consolidated Response to Verizon's Objections to and Motion for Reconsideration of the Provisional *Markman* Order (08-

385 Doc. No. 327), Sensus's Objections to the Provisional Claim Construction Order (08-385 Doc. No. 328), Defendant's Notice of Supplemental Claim Construction Authority in Support of its Objections to and Motion for Reconsideration of the Provisional Claim Construction Order (08-385 Doc. No. 347) and Sensus's (Second) Supplemental *Markman* Brief on Certain Terms Related to the Prosecution History of the Patents-in-Suits (09-116 Doc. No. 185).  The Court, having reviewed the motion, finds good cause that the motion should be GRANTED.  It is therefore

ORDERED, ADJUDGED AND DECREED that EON is granted an extension to July 6, 2010 to file the consolidated response.

**So ORDERED and SIGNED this 7th day of July, 2010.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE