UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VERIZON CLINTON CENTER DRIVE CORP.<br><br>    Defendant. | CIVIL ACTION NO. 6:08-CV-385-LED<br><br>**JURY TRIAL REQUESTED** |

## ORDER

Plaintiff EON Corp. IP Holdings, LLC and Defendant Verizon Clinton Center Drive Corp. (collectively "the Parties") filed their Joint Motion for Leave to Supplement Infringement and Invalidity Contentions. The Court, having reviewed the Motion, and being well-advised, finds that the Motion should be GRANTED. It is therefore

ORDERED that IP Holdings is granted leave to supplement its infringement contentions with respect to the infringement charts served on December 11, 2009. It is further

ORDERED that VCCDC is granted leave to supplement its invalidity contentions with respect to the invalidity charts served on March 23, 2010.

SO ORDERED.

**So ORDERED and SIGNED this 12th day of July, 2010.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

**ORDER** – Page 1