UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC, <br><br>                    Plaintiff, <br><br> v. <br><br> VERIZON CLINTON CENTER DRIVE CORP., <br><br>                    Defendant. | CIVIL ACTION NO. 6:08-CV-385-LED <br><br> **JURY TRIAL REQUESTED** |

## ORDER

Plaintiff EON Corp. IP Holdings, LLC ("IP Holdings") and Defendant Verizon Clinton Center Drive Corp. ("VCCDC") (collectively "the Parties") filed their Joint Motion to Amend Certain Deadlines in the Amended Docket Control Order. The Court, having reviewed the Motion, and being well-advised, finds that the Motion should be GRANTED. It is therefore

ORDERED that the following deadlines are modified from the current Amended Docket Control Order [Dkt. Nos. 310 and 332] as reflected in the chart below:

| Event | Deadline |
|---|---|
| Parties designate rebuttal expert witnesses (non-construction issues). Rebuttal expert witness reports due. Refer to Local Rules for required information. | July 12, 2010 |
| **Dispositive Motions due from all parties and any other motions that may require a hearing (including *Daubert* motions).** Motions shall comply with Local Rule CV-56 and Local Rule CV-7. <u>Motions to exceed page limits will only be granted in exceptional circumstances</u> | July 21, 2010 |

**ORDER – Page 1**

It is further ORDERED that all other deadlines, including the trial date, remain the same.

SO ORDERED.

**So ORDERED and SIGNED this 12th day of July, 2010.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

It is further ORDERED that all other deadlines, including the trial date, remain the same.

SO ORDERED.

**So ORDERED and SIGNED this 12th day of July, 2010.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE