IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EON CORP. IP HOLDINGS, LLC | § | |
| | § | |
| Plaintiff | § | |
| v. | § | Civil Action No. 6:08-cv-00385 |
| | § | |
| VERIZON CLINTON CENTER DRIVE CORP. | § | |
| | § | |
| Defendant | § | |

## ORDER

Plaintiff EON Corp. IP Holdings, LLC ("IP Holdings") and Defendant Verizon Clinton Center Drive Corp. (VCCDC") (collectively "the Parties") filed their Joint Motion to Amend the Amended Docket Control Order. The Court, having reviewed the Motion, and being well-advised, finds that the Motion should be GRANTED. It is therefore

ORDERED that the deadline for Daubert motions, currently July 21, 2010, be extended until 7 days after the respective expert's deposition is taken in this matter.

It is further ORDERED that all other deadlines, including the trial date, remain the same.

SO ORDERED.

**So ORDERED and SIGNED this 22nd day of July, 2010.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE