IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EON CORP. IP HOLDINGS, LLC, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | CIVIL ACTION No. 6:08cv385 |
| | § | |
| VERIZON CLINTON CENTER DRIVE CORP, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Defendant's Emergency Motion (I) For Leave To File A Motion For Summary Judgment Regarding Plaintiff's Claim of Willful Infringement, and (II) To Shorten Briefing Deadlines (Doc. No. 464); and Plaintiff's Response (Doc. No. 481). The Court hereby **DENIES** Defendant's Motion.

**So ORDERED and SIGNED this 3rd day of September, 2010.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE